UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES -- GENERAL

Case No.   **CV 12-1212-MWF (JEMx)**　　　　　　Date:  **November 2, 2012**

Title:　　　Henrik Zamanyan -*v*- Northland Group, Inc., et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Rita Sanchez　　　　　　　　　　　　　None Present  
Courtroom Deputy　　　　　　　　　　Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:　　ATTORNEYS PRESENT FOR DEFENDANTS:

None Present　　　　　　　　　　　　　None Present

PROCEEDINGS (IN CHAMBERS):　ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE; DENYING MOTION FOR SANCTIONS [65]

　　　　On October 16, 2012, the Court granted Defendants' Motions to Dismiss Plaintiff's First Amended Complaint with leave to amend based in part on Zamanyan's failure to oppose the Motions. (Docket No. 77). In the October 16, 2012 Order, the Court warned Zamanyan that failure to file an amended complaint within 14 days of the Order would result in dismissal of this action with prejudice. The deadline for filing an amended complaint was therefore October 30, 2012. Zamanyan has not responded to the Court's Order or filed an amended complaint.

　　　　The Court finds that Zamanyan's failure to oppose Defendants' Motions to Dismiss (on this and other occasions) and failure to file an amended complaint constitutes failure to prosecute and to comply with court rules and orders under Federal Rule of Civil Procedure 41(b). *See Pagtalunan v. Galaza*, 291 F.3d 639, 642–43 (9th Cir. 2002) ("In determining whether to dismiss a claim for failure to prosecute or failure to comply with a court order, the Court must weigh the following factors: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to defendants/respondents; (4) the availability of less drastic alternatives; and (5) the public policy favoring disposition of cases on their merits."); *Yourish v. Cal.*

UNITED STATES DISTRICT COURT     JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No. **CV 12-1212-MWF (JEMx)**     Date: **November 2, 2012**

Title:     Henrik Zamanyan -v- Northland Group, Inc., et al.

---

*Amplifier*, 191 F.3d 983, 989–92 (9th Cir. 1999) (explaining the factors supporting dismissal with prejudice for failure to prosecute).

    Because Zamanyan failed to follow the Court's directives and rules aimed at the timely prosecution of his case, the Court concludes that the *Pagtalunan* factors weigh in favor of dismissal of this action with prejudice.  Zamanyan's failure to engage in the litigation he initiated hampers expeditious resolution of litigation, inhibits the Court's ability to manage its docket, and unfairly subjects Defendants to litigation akin to shadowboxing, expending time and money to defeat ostensibly abandoned claims.  Zamanyan has had various opportunities to prosecute this case such that a dismissal with prejudice does not unfairly impact his rights.  Local Rule 41-1.

    Accordingly, the action is DISMISSED WITH PREJUDICE for failure to prosecute and failure to comply with court rules and orders.  Defendant's Motion for Sanctions is DENIED.

    IT IS SO ORDERED.

---